IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| E.L. SMALLWOOD, | ) | Case No.  CV 11-977 CFD |
|  | ) | |
| Plaintiff, | ) | |
|  | ) | |
| vs. | ) | |
|  | ) | |
| FMS INVESTMENT CORP., | ) | |
| d/b/a Financial Management Systems, | ) | |
|  | ) | |
| Defendant. | ) | |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that this case has been settled.  Plaintiff E.L. Smallwood and Defendant FMS Investment Corp. d/b/a Financial Management Systems, anticipate filing a stipulation of dismissal of this action in its entirety with prejudice within 30 days.

The parties jointly request that all pending dates and filing requirements be vacated and that the Court set a deadline on or after November 21, 2011, for filing dispositional documents.

Respectfully submitted,

Dated: October 24, 2011      /s/ Walter A. Shalvoy, Jr.
                             Attorney for Defendant
                             FMS Investment Corp. d/b/a Financial
                             Management Systems

Dated: October 24, 2011      /s/ Angela K. Troccoli
                             Attorney for Plaintiff
                             E.L. Smallwood